**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Ft Lauderdale Division**

Case No.: 22-60741-CIV-DIMITROULEAS

JAMIE DUMELLE, individually and on
behalf of all others similarly situated,

                Plaintiff,

      v.

FASHION NOVA, LLC,

                Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jamie Dumelle hereby dismisses without prejudice all claims against Defendant Fashion Nova, LLC.

Dated: June 16, 2022

                Respectfully submitted,

                By: */s/ Rachel L. Miller*
                    Rachel L. Miller

                **BURSOR & FISHER, P.A.**
                Rachel L. Miller (State Bar No. 119778)
                701 Brickell Avenue, Suite 1420
                Miami, FL 33131
                Telephone: (305) 330-5512
                Facsimile: (305) 676-9006
                Email: rmiller@bursor.com

                *Attorney for Plaintiff*

1