UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60741-CIV-DIMITROULEAS

JAMIE DUMELLE, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

FASHION NOVA, LLC,

    Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 10], filed herein on June 16, 2022. The Court has considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.     The Notice [DE 10] is hereby **APPROVED;**

2.     This action is hereby **DISMISSED WITHOUT PREJUDICE**;

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 17th day of June, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record